

NUMBER 13-12-00024-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE R. WAYNE JOHNSON**

**On Petition for Writ of Mandamus**

# MEMORANDUM OPINION

**Before Chief Justice Valdez, Justice Garza, and Justice Vela**
**Memorandum Opinion Per Curiam[1]**

Relator, R. Wayne Johnson, appearing pro se, has filed a petition for writ of mandamus arguing that respondent, the presiding judge of the 156th District Court of Bee County, Texas, has issued a void order dismissing the underlying lawsuit brought by relator for failure to obtain permission to file suit from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.103 (West 2002) (requiring persons declared vexatious litigants to obtain permission from the local administrative

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying [mandamus] relief, the court may hand down an opinion but is not required to do so.").

judge before filing suit in district court).

Having reviewed and fully considered relator's petition, this Court is of the opinion that relator has not shown himself entitled to the relief requested and that the petition should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
18th day of January, 2012.